## Joseph FALVO et al.

v.

## STATE BOARD OF ELECTIONS et al.

## No. 81–12–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Paul Corrigan III, Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Spec. Asst. Atty. Gen., Thomas A. Tarro III, Providence, for respondents.

## ORDER

The petition for certiorari is granted, provided, however that the issuance of the writ is hereby deferred until after the election scheduled to be held January 27, 1981. The petitioners' motion to stay the election is hereby denied.

Frank A. CARTER, Jr., Chief Disciplinary Counsel, Petitioner,

v.

## Nathan SPUNGIN, Respondent.

## No. 81–20–M.P.

Supreme Court of Rhode Island.

Jan. 15, 1981.

Frank A. Carter, Jr., pro se.

## ORDER

On December 19, 1980, we issued an order in the above proceeding reprimanding the respondent, Nathan Spungin, for his failure to file a response to a complaint filed by a client with this court's Disciplinary Board in September, 1980. The order contained an admonition informing the respondent that his failure to file the response would result in an order being entered, without any further notice, indefinitely suspending him from the practice of law. On January 7, 1981, the Board's Counsel informed this Court that the respondent had not filed the required response.

Accordingly, it is hereby ordered that the respondent, Nathan Spungin, be and he is hereby suspended from engaging in the practice of law in this State until further order of this Court.